FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

08 AUG -6 PM 12:58

CLERK - LAS CRUCES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LORETTA STOCK and
FRANCES STOCK,

               Plaintiffs,

vs.                                CIVIL NO. **CIV-07-1134 RB/LAM**

HARBOR FREIGHT TOOLS USA, INC.,
CENTRAL PURCHASING, LLC, and
JOHN DOE COMPANIES I, II AND III,

               Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER came before the Court on the Motion to Dismiss filed by Defendants. The Court having considered the Motion, having been advised that this matter has been settled between Plaintiffs and Defendants and being further advised that no disputes remain between them requiring resolution by this Court, FINDS that the Motion is well-taken and should be GRANTED.

WHEREFORE Plaintiffs' Complaint and all claims that might have been brought therein are hereby DISMISSED WITH PREJUDICE.

The parties will bear their respective costs of suit.

_____
ROBERT C. BRACK
UNITED STATES DISTRICT JUDGE

*APPROVED:*

SMITH & PAYNE

By: <u>Electronically approved   7/31/08</u>
       ALLEN R. SMITH, ESQ.
       P. O. Box 2100
       Los Lunas, NM 87031
       (505) 865-5003      Fax: (505) 565-1544
       E-mail: allenrsmith@comcast.net

and

RODEY DICKASON SLOAN AKIN & ROBB PA

By: <u>Electronically approved 7/31/08</u>
       Carmela D. Starace
       Attorneys for Defendants
       P.O. Box 1888
       Albuquerque, NM  87103-1888
       (505) 768-7291    Fax:  (505) 768-7395
       E-mail:  cstarace@rodey.com